## DISCIPLINARY DOCKET

**92–2537.** Disciplinary Counsel v. Williams. *On response to show cause order.* Farris E. Williams is found in contempt.

MOYER, C.J., would also refer this matter to the Attorney General for collection.

DOUGLAS and PFEIFER, JJ., would grant an extension of time.

**93–1815.** Disciplinary Counsel v. Stevens. *On affidavit of compliance.* No action is to be taken by the court at this time.

### *Thursday, March 31, 1994*
## MOTION DOCKET

**86–1099.** State v. Spisak. *Cuyahoga County,* Nos. 47458 and 47459. *On motion to reinstate stay.* Motion denied.

A.W. SWEENEY and WRIGHT, JJ., dissent.

**87–1159.** State v. Van Hook. *Hamilton County,* No. C–850565. *On motion to set execution date.* Motion granted.

MOYER, C.J., A.W. SWEENEY and WRIGHT, JJ., dissent.

**89–1291.** State v. Sneed. *Stark County,* No. CA–6976. *On motion to transmit record.* Motion denied.

WRIGHT and F.E. SWEENEY, JJ., dissent.

### *Wednesday, April 6, 1994*
## MERIT DOCKET

**93–272.** State ex rel. Bell Atlantic Business Sys. Serv., Inc. v. Cleveland Bd. of Edn. *In Mandamus. On application to dismiss with agreed entry.* The court having been advised that the parties have settled their differences, this cause is dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**93–491.** State ex rel. DeSantis v. Indus. Comm. *Franklin County,* No. 90AP–607. *Sua sponte,* cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**94–116.** State ex rel. Jacobs v. Seventh Dist. Court of Appeals, Mahoning Cty., Ohio. *In Procedendo. On motion to dismiss.* Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**94–214.** May v. Bowland. *Hamilton County,* No. C–930924. *On motion to consolidate with 94–112, May v. Bowland,* Hamilton County, No. C–930870. Motion granted. *On motion to dismiss.* Motion to dismiss sustained. Both causes are dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT and PFEIFER, JJ., concur.

RESNICK and F.E. SWEENEY, JJ., dissent.

**94–256.** State ex rel. Martin v. Oskins. *In Mandamus. Sua sponte,* cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**94–267.** Workman v. Santiago. *Franklin County,* No. 93AP–475. *On motion to dismiss.* Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK and F.E. SWEENEY, JJ., concur.

PFEIFER, J., dissents.

**94–277.** Weaver Workshop & Support Assn. v. Summit Cty. Bd. of Mental Retardation & Developmental Disabilities. *Summit County,* No. 16176. *On motion for leave to file notice of appeal instanter.* Motion denied.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT and RESNICK, JJ., concur.

F.E. SWEENEY and PFEIFER, JJ., dissent.